[No. 39448-1-II.   Division Two.   February 1, 2012.]

*In Matter of the Personal Restraint of* NICHOLAS DANIEL HACHENEY, *Petitioner.*

The opinion in the above captioned case, which appeared in the advance sheets at 166 Wn.App. 322-41, will not be published in the permanent bound volume pursuant to an order of the Court of Appeals dated June 26, 2012 granting reconsideration, withdrawing the opinion, and substituting a new opinion. See 169 Wn. App. 1 (2012).